UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE and EDWARD HESLING,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AVON GROVE SCHOOL DISTRICT,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>No. 02-8565 |

## ORDER

**AND NOW**, this 30th day of June, 2010, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motion for summary judgment filed by defendant Avon Grove School District (Docket No. 86) is **GRANTED**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.